IT IS SO ORDERED.

Dated:  2 August, 2013 10:54 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | William Newberry | ) Case No. 11-14136 |
| | Laura Newberry | ) Chapter 13 Proceedings |
| | Debtors | ) Judge Jessica E. Price Smith |

### ORDER GRANTING TRUSTEE'S MOTION TO MODIFY PLAN

This case came on for consideration upon the Trustee's Motion to Modify Debtors' Confirmed Plan ("Trustee's Motion").

**IT APPEARS** to the Court that any objections or responses to the Trustee's Motion have been withdrawn or overruled, and accordingly the Trustee's Motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Trustee's Motion to Modify Debtors' Confirmed Plan be and it hereby is granted.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268      Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

**SERVICE LIST**

Craig Shopneck, Chapter 13 Trustee, (served via ECF)

Office of the U.S. Trustee, (served via ECF)

Robert J Berk, Attorney for Debtors (served via ECF)

Laura & William Newberry, Debtors, 62 Southwick Drive, Bedford OH 44146

Attorney General, Us Dept Of Justice, 950 Pennsylvania Ave Nw, Washington DC 205300001

Attorney General State Of Ohio, Collection Enforcement/Attn R Daum, 150 E Gay St 21st Fl, Columbus OH 43215

Bank Of America, P.O. Box 15019, Wilmington DE 198505019

Candica Llc, % Weinstein & Riley Ps, 2001 Western Ave Ste 400, Seattle WA 98121

Charter One, 480 Jefferson Blvd. Rje135, Warwick RI 02886

Chase Bank Usa Na, P.O. Box 15145, Wilmington DE 198505145

Citimortgage Inc, P.O. Box 140609, Irving  TX 750140609

C.S.E.A., 1640 Superior Ave E, P.O. Box 93318, Cleveland OH 44101

Department Of The Treasury - Irs, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 191017346

Fia Card Services Na, P.O. Box 15102, Wilmington  DE 198865102

Ford Motor Credit Co Llc, P.O. Box 6275, Dearborn MI 48121

Kay Kindice, 8356 Summit Dr, Chagrin Falls OH 44023

Keith D Weiner, Keith D Weiner & Assoc Co Lpa, 75 Public Square 4th Fl, Cleveland OH 44113

Mazda American Credit, P.O. Box 6275, Dearborn MI 48121

Office Of The Us Attorney, Us Courthouse/ Carl B Stokes, 801 W Superior Avenue, Suite 400, Cleveland  OH 44113

Pra Receivables Management Llc, % Portfolio Recovery Assocs, P.O. Box 41067, Norfolk VA 23541

Vanda Llc, % Weinstein & Riley Ps, 2001 Western Avenue, Suite 400, Seattle  WA 98121

CS/bas
07/09/13

###